Elizabeth C. Kim, CASB# 225550
Eva P. Kwan, CASB# 246034
BURNHAM BROWN
A Professional Law Corporation
P.O. Box 119
Oakland, California 94604

1901 Harrison Street, 11th Floor
Oakland, California  94612
Telephone:   (510) 444-6800
Facsimile:    (510) 835-6666
Email:           lkim@burnhambrown.com
                     ekwan@burnhambrown.com

Attorneys for Plaintiff
GREAT AMERICAN INSURANCE COMPANY

E-filing

JCS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

cv 08     3067

| | |
|---|---|
| GREAT AMERICAN INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>CHARLES MCBRIDE, and DOES 1 through 10, inclusive,<br><br>Defendants. | No.<br><br>**PLAINTIFF GREAT AMERICAN INSURANCE COMPANY'S DEMAND FOR A JURY TRIAL** |

TO THE HONORABLE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA AND TO ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD:

Plaintiff GREAT AMERICAN INSURANCE COMPANY hereby demands a trial by jury in this action.

DATED: June 24, 2008

BURNHAM BROWN

_[signature]_

ELIZABETH C. KIM
Attorneys for Plaintiff
GREAT AMERICAN INSURANCE COMPANY
870222

1