Elizabeth C. Kim, CASB# 225550
Eva P. Kwan, CASB# 246034
BURNHAM BROWN
A Professional Law Corporation
P.O. Box 119
Oakland, California 94604

1901 Harrison Street, 11th Floor
Oakland, California 94612
Telephone: (510) 444-6800
Facsimile: (510) 835-6666
Email: lkim@burnhambrown.com
ekwan@burnhambrown.com

Attorneys for Plaintiff
GREAT AMERICAN INSURANCE COMPANY

ORIGINAL FILED
08 JUN 25 AM 10:58
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

JCS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GREAT AMERICAN INSURANCE COMPANY,

Plaintiff,

v.

CHARLES MCBRIDE, and DOES 1 through 10, inclusive,

Defendants.

CV. 08 3067

**PLAINTIFF GREAT AMERICAN INSURANCE COMPANY'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**

Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

DATED: June 24, 2008

BURNHAM BROWN

_____
ELIZABETH C. KIM
Attorneys for Plaintiff
GREAT AMERICAN INSURANCE COMPANY

870228