UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREAT AMERICAN INSURANCE CO, <br><br> Plaintiff(s), <br><br> v. <br><br> CHARLES MCBRIDE, <br><br> Defendant(s). <br> _____/ | No. C 08-03067 JCS <br><br> **CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE** |

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party in the above-captioned civil matter hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit

Dated:    July 8, 2008

_____
Signature

Counsel for   PLAINTIFF GREAT AMERICAN INSURANCE COMPANY
(Name or party or indicate "pro se")