Elizabeth C. Kim, CASB# 225550
Eva P. Kwan, CASB# 246034
BURNHAM BROWN
A Professional Law Corporation
P.O. Box 119
Oakland, California 94604

1901 Harrison Street, 11th Floor
Oakland, California 94612
Telephone: (510) 444-6800
Facsimile: (510) 835-6666
Email: lkim@burnhambrown.com
ekwan@burnhambrown.com

Attorneys for Plaintiff
GREAT AMERICAN INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREAT AMERICAN INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>CHARLES MCBRIDE, and DOES 1 through 10, inclusive,<br><br>Defendants. | No. CV 08 3067 JCS<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING ALL PRE-TRIAL DEADLINES FOR 60 DAYS**<br><br>Complaint Filed: June 25, 2008<br>Trial Date: None Set |

Plaintiff Great American Insurance Company ("Great American") and Defendant Charles McBride ("McBride") hereby stipulate as follows:

On or about August 17, 2008, after considerable effort by Great American, McBride was served with Great American's Complaint in this matter. Within a few days of service of the Complaint, McBride contacted Great American's counsel and initiated settlement discussions. The parties have reached an agreement in principle, but are in the process of working out certain terms, namely, how to guarantee monthly payments that would be made by McBride as part of the settlement agreement.

/ / /

/ / /

      In order that the parties may focus their time and resources on finalizing the settlement, the parties have agreed to continue all pre-trial deadlines for 60 days, and now request that the Court grant the parties this 60-day continuance to finalize their settlement.

DATED: September 24, 2008      CHARLES MCBRIDE

_____
By:    CHARLES MCBRIDE

DATED: September 24, 2008      BURNHAM BROWN

_____
ELIZABETH C. KIM
Attorneys for Plaintiff
GREAT AMERICAN INSURANCE COMPANY

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Case Management Conference is scheduled for December 15, 2008 at 1:30 p.m. Joint case management statements are due on November 26, 2008.

DATED: September 25, 2008

_____
UNITED STATES MAGISTRATE JUDGE

IT IS SO ORDERED
Judge Joseph C. Spero

887345