UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREAT AMERICAN INSURANCE CO, | Case No. C08-3067 JCS |
| Plaintiff(s), | **ORDER** |
| v. | |
| CHARLES MCBRIDE, | |
| Defendant(s). | |

On October 29, 2008, the parties filed a proposed Order for Entry of Judgment in this case. Pursuant to 28 U.S.C. § 636 (c) a magistrate judge cannot enter the judgment without the consent of the parties.

IT IS HEREBY ORDERED that the parties are to file the Defendant's consent or declination within one (1) week, and that absent consent the case will be reassigned.

IT IS SO ORDERED.

Dated: November 19, 2008

_____
JOSEPH C. SPERO
United States Magistrate Judge